IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:13-CR-00002-FL-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| MAURICE BAUM | ) | |

Upon Motion of the United States, it is hereby ORDERED that the Response in Opposition to Defendant's Motion to Compel, Motion to Seal, and this corresponding Order to Seal, in the above-captioned matter, be sealed until such time as unsealed by the Court.

It is FURTHER ORDERED that the Clerk of Court provide a signed copy of the Response in Opposition to Defendant's Motion to Compel, Motion to Seal, and this corresponding Order to Seal, to the United States Attorney's Office.

This, the 23rd day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge